UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.

JAMES MICHAEL TERRY,

Defendant.
_____/

Case No. 8:97-CR-273-T-23EAJ
8:03-CV-1443-T-23EAJ

### ORDER

James Terry's "Motion Pursuant to Federal Rules of Civil Procedure Rule 54(b) Interlocutory (Partial) Judgment" (Doc. 35) is **DENIED**. The previously entered order (Doc. 18) and judgment (Doc. 19) were a final resolution of all of Terry's claims asserted in his second or successive motion to vacate sentence.

The motion to vacate sentence is meritless. Terry cannot prove ineffective assistance of counsel (his third claim) because the allegation is based on the validity of his first two claims (that he was erroneously sentenced as a career offender and that he was not allowed to review his presentence report), both of which are meritless. Consequently, Terry cannot show both deficient performance and prejudice as is required to prove ineffective assistance of counsel. *Strickland v. Washington*, 466 U.S. 668 (1984). Only through misconception or misstatement of the facts can Terry raise the hint of error.

ORDERED in Tampa, Florida, on April 26th, 2005.

Steven D. Merryday
UNITED STATES DISTRICT JUDGE

SA/ro